**RECEIVED**
USDC WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/19/01

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

DEC 27 2001

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IRMA J. JOHNSON
VERSUS
SEARS, ROEBUCK & COMPANY

Civil Action No.

CV01-2714 M

JUDGE JAMES

MAGISTRATE JUDGE KIRK

COMPLAINT FOR DAMAGES

Plaintiff, IRMA J. JOHNSON, sets forth her claims for relief as follows:

1.

This action is brought pursuant to Title VII of the Civil Rights Act of 1964, 42USC§2000

et seq. Jurisdiction of this court is invoked pursuant to 42USC§2000 e-5f and 28 USC §1343 (A)

(1), and (4).

2.

Plaintiff, IRMA J. JOHNSON, is a resident of the Western District of Louisiana who

applied for employment with Defendant Sears, Roebuck and Company at its store located at 4800

Milhaven Road, Monroe, Louisiana.

3.

Defendant, Sears, Roebuck and Company, is a foreign corporation doing business in the

Western District of Louisiana; and is an employer as defined in 42USC§2000e-(b), engaged in an

industry affecting commerce and employing more than 15 persons. Unlawful employment

practices alleged herein were committed by the agents of the Defendant in the Western District.

4.

On or about August 15, 2000, Irma Johnson was hired by Defendant as a stock clerk and

was told to report for work the following Monday, and to wear pants.

5.

Irma Johnson advised her supervisor that her religion did not permit women to wear pants,



1

but that she would wear shorts under her skirt.

6.

Johnson was told that the company could not use her services, and was immediately terminated.

7.

Defendant made no effort to accommodate the religious practices of Irma Johnson by considering alternatives to its dress code.

8.

The attire of Johnson would not cause undue hardship in the conduct of Defendant's business.

9.

Irma Johnson filed a charge with the Equal Employment Opportunity Commission (EEOC), alleging discrimination because of her religion. The EEOC notified Plaintiff by letter dated October 31, 2001 that she was entitled to initiate a civil action in the United States District Court as provided in 42 USC§2000 e-5 (e) and (f).

10.

Defendants have intentionally engaged in unlawful employment practices by denying Plaintiff equal employment opportunities because of her religion.

11.

Plaintiff has suffered lost wages and mental anguish and continues to suffer irreparable harm by reason of the illegal practices of Defendant.

12.

As a result of the unlawful acts of Defendant, Plaintiff has suffered damages and seeks lost

wages and lost benefits with interest; liquidated damages equal to the amount of wages and

benefits lost plus interest; reasonable attorney fees; and all costs of prosecution of this claim.

WHEREFORE, Plaintiff prays that this court:

A)      Order Defendant by mandatory injunction to enjoin from engaging in the above unlawful

employment practices and take such affirmative actions as are necessary to assure that the

effects of said violations are eliminated;

B)      Order Defendant to reinstate Plaintiff with back pay and compensatory, punitive, and

liquidated damages for the losses she sustained by reason of its violations;

C)      Order Defendant to pay Plaintiff's costs in this action, including reasonable attorney fees;

and

(D)     Order all general and equitable relief as the Court deems necessary or proper.


                                                        DIANNE HILL (14992)
                                                        ATTORNEY AT LAW
                                                        130 DeSiard STE 501
                                                        MONROE, LA 71201
                                                        (318) 325-6398


Service:
        SEARS, ROEBUCK & COMPANY
        Through its agent for service
        CT Corporations System
        8550 United Plaza Boulevard
        Baton Rouge, LA 70809


                                        3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE -- TITLE VII / ADA
(Conciliation Failure)

| To: | From: |
|---|---|
| Irma Johnson | U.S. Equal Employment Opportunity Commission |
| 15-B Breece Circle | New Orleans District Office |
| Monroe, LA 71202 | 701 Loyola Avenue, Suite 600 |
| | New Orleans, Louisiana 70113 |

☐ On behalf of a person aggrieved whose identity is
(29 C.F.R. 1601.7(a))

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 270-A1-0441 | Michelle T. Butler, Supv. Trial Attorney | (504) 589-6817 |

( See the additional information attached to this form )

The Commission has found reasonable cause to believe that your charge of employment discrimination is true but has not entered into a conciliation agreement to which you are a party because attempts to achieve such a voluntary settlement with respondent(s) have been unsuccessful.

The Commission has determined that it will not bring a civil action against the respondent(s) and accordingly is issuing this Notice of Right to Sue. With the issuance of this Notice the Commission terminates its process with respect to your charge, except that the Commission may seek status as intervenor if you decide to sue on your own behalf as described below.

If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in United States District Court. IF YOU DECIDE TO SUE, YOU MUST DO SO WITHIN NINETY (90) DAYS FROM YOUR RECEIPT OF THIS NOTICE OF RIGHT TO SUE; OTHERWISE YOUR RIGHT TO SUE IS LOST.

Your suit may include any allegation contained in your charge of employment discrimination or any matter which was or should have been discovered by the Commission during its investigation of your charge.

I certify that this notice was mailed on the date set out below.

On Behalf of the Commission

10/31/01
(Date Mailed)

_Patricia T. Bivins_
PATRICIA T. BIVINS, District Director

Enclosures
    Information sheet
    Copy of Charge

cc·   Respondent(s) Sears Roebuck and Company
           4800 Milhaven Road
           Monroe, LA 71202

EEOC Form 161-A (Test 10/94)