FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 5/8/02
BY TW

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| IRMA J. JOHNSON | Civil Action No. 01-2714M |
| VERSUS | Judge James |
| SEARS, ROEBUCK AND COMPANY | Magistrate Judge ~~Hayes~~ Kirk |

## AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff IRMA J. JOHNSON, who amends the Complaint for Damages filed in this matter in the following manner:

1.

To amend by adding Paragraph 17 to read as follows:

17. The policy and practice of Defendant requiring women who work in the stock room to wear pants is discriminatory as it has a significant disparate impact on females whose religious practices forbid the wearing of pants.

WHEREFORE, Plaintiff, IRMA J. JOHNSON, reiterates all demands of the original complaint, prays that after due proceedings there be judgment in her favor as originally prayed for.

_____
DIANNE HILL
Attorney for Plaintiff
130 DeSiard Ste 501
Monroe, LA 71201
(318) 325-6398

### CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served by regular first-class U.S. mail, postage prepaid, to all counsel of record. This 25 April 2002, at Monroe, Louisiana.

_____
DIANNE HILL

